UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    LICK INDUSTRIES, LLC          CASE NO. 19-51017-TJT
                                                    CHAPTER 11
    Debtor,                             HONORABLE THOMAS J. TUCKER
_____/
JAMES J. SARCONI (P66101)
Attorney for Creditors DAC Retail, LLC;
Chondrite Asset Trust and DAC MAG, LLC
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
jsarconi@orlaw.com                 /

## PROOF OF SERVICE

JAMES J. SARCONI, being first duly sworn, deposes and says that on March 30, 2020, a copy of the Withdrawal of Election Of Secured Creditor To Have Its Claim Treated Under 11 U.S.C. § 1111(B)(2) was served upon:

    U. S. TRUSTEE                            ANTHONY JAMES MILLER
    211 W. Fort Street, Suite 700        YULIY OSIPOV
    Detroit, MI 48226                      Attorneys for Debtor
                                                20700 Civil Center Dr., Ste. 420
                                                Southfield, MI 48034

electronically pursuant to the court notice of hearing, and to those not electronically registered by first class mail.

                                                      O'REILLY RANCILIO P.C.

                                                      */s/ James J. Sarconi*
                                                      JAMES J. SARCONI (P66101)
                                                      Attorney for DAC Retail, LLC; Chondrite
                                                      Asset Trust and DAC MAG, LLC
                                                      12900 Hall Road, Suite 350
                                                      Sterling Heights, MI 48313-1151
                                                      (586) 726-1000
DATED: March 30, 2020                    jsarconi@orlaw.com