UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    LICK INDUSTRIES, LLC

    Debtor,

_____/

CASE NO. 19-51017-TJT
CHAPTER 11
HONORABLE THOMAS J. TUCKER

JAMES J. SARCONI (P66101)
Attorney for Creditors DAC Retail, LLC;
Chondrite Asset Trust and DAC MAG, LLC
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
jsarconi@orlaw.com
_____/

**PROOF OF SERVICE**

JAMES J. SARCONI, being first duly sworn, deposes and says that on March 30, 2020, a copy of the Objection to Confirmation of the Debtor's Third Amended Combined Plan of Reorganization and Disclosure Statement was served upon:

| | |
|---|---|
| U. S. TRUSTEE<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | ANTHONY JAMES MILLER<br>YULIY OSIPOV<br>Attorneys for Debtor<br>20700 Civil Center Dr., Ste. 420<br>Southfield, MI 48034 |

electronically pursuant to the court notice of hearing, and to those not electronically registered by first class mail.

                O'REILLY RANCILIO P.C.

                */s/ James J. Sarconi*
                JAMES J. SARCONI (P66101)
                Attorney for DAC Retail, LLC; Chondrite
                Asset Trust and DAC MAG, LLC
                12900 Hall Road, Suite 350
                Sterling Heights, MI 48313-1151
                (586) 726-1000
DATED: March 30, 2020        jsarconi@orlaw.com