UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    LICK INDUSTRIES, LLC                   CASE NO. 19-51017-TJT
                                                                                    CHAPTER 11
    Debtor,                                   HONORABLE THOMAS J. TUCKER
_____/
JAMES J. SARCONI (P66101)
Attorney for Creditors DAC Retail, LLC;
Chondrite Asset Trust and DAC MAG, LLC
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
jsarconi@orlaw.com _____/

**ELECTION OF SECURED CREDITOR TO
HAVE ITS CLAIM TREATED UNDER 11 U.S.C. § 1111(b)**

DAC Retail, LLC, Chondrite Asset Trust, and DAC MAG, LLC ("Secured Creditors") hereby elect to have their claim against the Debtor treated under Section 1111(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 3014 of the F. R. Bankr. P. in the above-captioned case.

                                        O'REILLY RANCILIO P.C.

                                        */s/ James J. Sarconi*
                                        JAMES J. SARCONI (P66101)
                                        Attorney for DAC Retail, LLC; Chondrite
                                        Asset Trust and DAC MAG, LLC
                                        12900 Hall Road, Suite 350
                                        Sterling Heights, MI 48313-1151
                                        (586) 726-1000
DATED: July 15, 2020                jsarconi@orlaw.com