IN RE:

| | |
|---|---|
| LICK INDUSTRIES, LLC | CASE NO. 19-51017-TJT |
| | CHAPTER 11 |
| Debtor, | HONORABLE THOMAS J. TUCKER |

_____/

JAMES J. SARCONI (P66101)
Attorney for Creditors DAC Retail, LLC;
Chondrite Asset Trust and DAC MAG, LLC
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
jsarconi@orlaw.com                                   /

## PROOF OF SERVICE

JAMES J. SARCONI, being first duly sworn, deposes and says that on December 30, 2020, a copy of Election Of Secured Creditor To Have Its Claim Treated Under 11 U.S.C. § 1111(B)(2) was served upon:

| | |
|---|---|
| U. S. TRUSTEE | ANTHONY JAMES MILLER |
| 211 W. Fort Street, Suite 700 | YULIY OSIPOV |
| Detroit, MI 48226 | Attorneys for Debtor |
| | 20700 Civil Center Dr., Ste. 420 |
| | Southfield, MI 48034 |

electronically pursuant to the court notice of hearing, and to those not electronically registered by first class mail.

                                        O'REILLY RANCILIO P.C.

                                        */s/ James J. Sarconi*
                                        JAMES J. SARCONI (P66101)
                                        Attorney for DAC Retail, LLC; Chondrite
                                        Asset Trust and DAC MAG, LLC
                                        12900 Hall Road, Suite 350
                                        Sterling Heights, MI 48313-1151
                                        (586) 726-1000
DATED: July 15, 2020                       jsarconi@orlaw.com